No. 93–5207. RANKEL v. KELLY ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5208. BROWN v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–5211. REEDOM v. SUMMIT BROADCASTING CORP. C. A. 5th Cir. Certiorari denied.

No. 93–5213. TUITT v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 93–5214. PARK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5215. McCORVEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5216. MESSA-PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5217. LANGSTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5218. CARLTON v. PYTELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–5219. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5220. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5221. HASSAN v. PRUZANSKY ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5222. FELDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5223. JACOBI v. McCOY, SUPERINTENDENT, CAYUGA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–5227. MEDINA-ELENES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5228. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.